**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SAMMY SULUFAIGA PEA,                    No C-08-2808 VRW (PR)

12                  Petitioner,             ORDER GRANTING RESPONDENT'S
                                            MOTION TO DISMISS FOR FAILURE
13          v                               TO EXHAUST STATE REMEDIES AND
                                            PETITIONER'S MOTION TO STAY
14   JOHN F SALAZAR, WARDEN,                FEDERAL PROCEEDINGS

15                  Respondent.             (Doc ## 5 & 7)

16   _____/

17

18          Respondent has filed a motion to dismiss the petition for

19   a writ of habeas corpus under 28 USC section 2254 on the ground that

20   claims one, two and four have not been exhausted.  Doc #5 at 5.

21   Petitioner has responded by conceding that he has not exhausted all

22   of his claims, and by filing a motion to stay the proceedings so

23   that he may return to state court to exhaust the remaining three

24   claims.  Doc #7.

25          Good cause shown, respondent's motion to dismiss (Doc #5)

26   is GRANTED.  See Rose v Lundy, 455 US 509, 522 (1982) (mixed

27   petition – one containing both exhausted and unexhausted claims –

28   must be dismissed without prejudice).  And further good cause shown,

**United States District Court**
For the Northern District of California

1  petitioner's request for a stay of these proceedings so he can

2  return to state court and exhaust claims one, two and four (Doc #7)

3  is GRANTED.  See <u>Rhines v Webber</u>, 544 US 269, 277 (2005) (stay

4  appropriate where there was good cause for petitioner's failure to

5  exhaust his unexhausted claim in state court and the claim is

6  potentially meritorious).

7          The clerk is instructed TO CLOSE the case

8  ADMINISTRATIVELY.  Nothing further will take place in this matter

9  until petitioner exhausts claims one, two and four, and, within

10 thirty  days thereafter, moves to reopen the case, lift the court's

11 stay and amend the stayed petition to add the newly-exhausted

12 claims.

13

14

15          IT IS SO ORDERED.

16

17  _____

18  **VAUGHN R WALKER**
    **United States District Chief Judge**

19

20

21

22

23

24

25

26

27  G:\PRO-SE\VRW\HC.08\Pea-08-2808-mtd-stay-exhaust-administratively close.wpd

28
                                  **2**